SEALED

FILED

JUL 2 6 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

1  MCGREGOR W. SCOTT
   United States Attorney
2  SHEA J. KENNY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2764
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                                      CASE NO. 2:18 mj 0140 AC

11  UNITED STATES OF AMERICA,

12                    Plaintiff,        [PROPOSED] ORDER RE: REQUEST TO SEAL
                                        DOCUMENTS
13          v.
                                        **UNDER SEAL**
14  RUBEN VALDEZ,

15                    Defendant.

16

17                        **SEALING ORDER**

18       Upon application of the United States of America and good cause having been shown,

19  IT IS HEREBY ORDERED that the Complaint, Arrest Warrant, and affidavit in the above-captioned

20  case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this

21  Court.

22

23  Dated:  7/26/18                     _____
                                        Hon. Allison Claire
24                                      U.S. MAGISTRATE JUDGE

25

26

27

28

SEALING ORDER                           1