McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00147 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RUBEN VALDEZ, | DATE: September 18, 2018 |
| Defendant. | TIME: 9:15 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 18, 2018.

2.      By this stipulation, defendant now moves to continue the status conference until November 20, 2018 at 9:15 a.m., and to exclude time between September 18, 2018, and November 20, 2018 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 31 pages of investigative reports, criminal history information, and line summaries of intercepted telephone calls. In addition to these documents, the discovery also includes approximately 88 photographs, audio files of intercepted calls, and several hours of

1  video files.  All of this discovery has been produced directly to counsel and/or made available for
2  inspection and copying.

3  b)  Counsel for defendant desires additional time to review the discovery that has
4  been produced or made available, to continue investigation related to the charges, to conduct
5  legal research, and to otherwise prepare for trial.

6  c)  Counsel for defendant believes that failure to grant the above-requested
7  continuance would deny him the reasonable time necessary for effective preparation, taking into
8  account the exercise of due diligence.

9  d)  The government does not object to the continuance.

10  e)  Based on the above-stated findings, the ends of justice served by continuing the
11  case as requested outweigh the interest of the public and the defendant in a trial within the
12  original date prescribed by the Speedy Trial Act.

13  f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
14  et seq., within which trial must commence, the time period of September 18, 2018 to November
15  20, 2018 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),
16  B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's
17  request on the basis of the Court's finding that the ends of justice served by taking such action
18  outweigh the best interest of the public and the defendant in a speedy trial.

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  September 11, 2018                          McGREGOR W. SCOTT
                                                    United States Attorney


                                                    /s/ SHEA J. KENNY
                                                    SHEA J. KENNY
                                                    Assistant United States Attorney


Dated:  September 11, 2018                          /s/ ARMANDO VILLAPUDUA
                                                    ARMANDO VILLAPUDUA
                                                    Counsel for Defendant
                                                    RUBEN VALDEZ




**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 11th day of September, 2018.


                                                    /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE