**LAW OFFICE OF ARMANDO VILLAPUDUA**
Armando Villapudua, Esq. SBN 173945
Melissa I. Dougherty, Esq. SBN 303127
2431 W. March Lane, suite 220
Stockton, CA 95207
Phone: (209) 956-1234
Fax; (209) 478-4981

Attorney for Defendant
**RUBEN VALDEZ**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-00147 JAM |
| Plaintiff, | **ORDER FOR REQUEST TO SEAL DOCUMENTS** |
| vs. | |
| RUBEN VALDEZ, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defense's Request to Seal, IT IS HEREBY ORDERED that the document filed in connection with the Defendant Ruben Valdez' Determination as to Potential Conflict of Interest relating to Defendant's Representation Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for Defendant Valdez.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon,* 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defense's request, sealing the aforementioned documents serves as a confidential and sensitive information that is subject to the Defendant's privacy rights.

The Court further finds that, in absence of closure, the compelling interests identified by the Defense would be harmed. In light of the filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the Defense's motion that would adequately protect the compelling interests identified by the Defense.

For reasons set forth above, the Defendants request to have the Determination as to Potential Conflict of Interest relating to Defendant's Representation filed on January 18, 2019, be filed Under Seal is granted with a copy being served upon the United States Attorney.

IT IS SO ORDERED.

Dated: January 18, 2019

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE