McGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00147 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RUBEN VALDEZ, | DATE: March 26, 2019 |
| Defendant. | TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 26, 2019.

2. By this stipulation, defendant now moves to continue the status conference until May 7, 2019 at 9:15 a.m., and to exclude time between March 26, 2019, and May 7, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) On January 22, 2019, the defendant's previous attorney was relieved as counsel following a hearing before the Court.

b) On January 30, 2019, Linda C. Allison of the Office of the Federal Defender was designated as counsel for the defendant.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c) On February 5, 2019, Ms. Allison made her first appearance in this matter. At that hearing, the Court set this matter for status on March 26, 2019.

d) Since the Court's previous order setting this matter for status on March 26, 2019, the government has produced discovery to Ms. Allison, defendant's new counsel. The government has represented that the discovery associated with this case includes approximately 175 pages of investigative reports, wiretap applications, criminal history information, and line summaries of intercepted telephone calls. In addition to these documents, the discovery also includes approximately 88 audio files of intercepted calls, and several hours of video files. All of this discovery has been produced directly to the defendant's new counsel and/or made available for inspection and copying.

e) Counsel for defendant desires additional time to review the discovery that has been produced or made available, to review the case, to conduct investigation related to the charges, to conduct legal research, to consult with her client regarding the case and potential resolutions, and to otherwise prepare for trial. Counsel for defendant in particular requires this additional time due to the fact that she has just recently been appointed to the case following the withdrawal of defendant's previous counsel.

f) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g) The government does not object to the continuance.

h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 26, 2019 to May 7, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 21, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated: March 21, 2019

/s/ LINDA C. ALLISON
LINDA C. ALLISON
CHRISTINA SINHA
Counsel for Defendant
RUBEN VALDEZ

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of March, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE